**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN PAUL GONZALES, | Case No.: 8:19-cv-02432-JLS-JDE |
| Plaintiff, | |
| vs. | NOTICE OF SETTLEMENT |
| GEORGE'S BEST BURGERS, a business entity; SCH MANAGEMNT INC., a corporation; SOOK YOUNG CHOI, an individual; SANG HO HYUN, an individual; AHMAD MOUSSAVI, an individual; MASOUMEH MOUSSAVI, an individual, | |
| Defendants | |

**TO ALL PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that Plaintiff, RUBEN PAUL GONZALES, has reached a full and comprehensive settlement of this civil action with mutual general releases.

The settlement has been reached involving the Plaintiff and the Defendant, GEORGE'S BEST BURGERS, a business entity; SCH MANAGEMNT INC., a corporation; SOOK YOUNG CHOI, an individual; SANG HO HYUN, an individual; AHMAD MOUSSAVI, an individual; MASOUMEH MOUSSAVI, an individual,

1

**NOTICE OF SETTLEMENT**

1
2
3   DATED: April 10, 2020
4
5
                                        _____
                                        Joseph Bakhos, Esq.
6                                       Attorney for Plaintiff

The parties are awaiting final execution and signing of the settlement paperwork.